NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 05a0110n.06
Filed: February 14, 2005

No. 04-1200

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

TEKONSHA ENGINEERING CO., INC., a Michigan corporation, and THEODORE BARGMAN CO., a Michigan corporation,

     **Plaintiffs-Appellants,**

v.

C.W. INDUSTRIES, INC., a Pennsylvania corporation,

     **Defendant-Appellee.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**ON APPEAL** FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

**M E M O R A N D U M O P I N I O N**

**BEFORE:  NORRIS, GIBBONS, Circuit Judges; and TODD, District Judge.**[*]

**PER CURIAM.**  In this breach of contract case, founded upon diversity of citizenship jurisdiction, 28 U.S.C. § 1332, plaintiffs, Tekonsha Engineering Co., Inc., and Theodore Bargman Co., appeal the district court's grant of summary judgment to defendant, C.W. Industries, Inc.

Having had the benefit of oral argument and having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we are not persuaded that the district court erred in granting summary judgment to defendant.

Because the reasoning which supports judgment for defendant has been articulated by the district court, the issuance of a detailed written opinion by this court would be duplicative and serve

---

[*]The Honorable James D. Todd, Chief United States District Court Judge for the Western District of Tennessee, sitting by designation.

no useful purpose.  Accordingly, the judgment of the district court is **affirmed** upon the reasoning

employed by that court in its well-reasoned opinion dated January 26, 2004.